# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

JAN P. HOLICK, JR., STEVEN MOFFITT, JUSTIN MOFFITT, GURWINDER SINGH, and JASON MACK,

      Plaintiffs, on behalf of themselves and all others similarly situated,

vs.                                                                                         CASE NUMBER: 1:12-CV-0584
                                                                                                                                 (NAM/CFH)

CELLULAR SALES OF NEW YORK, LLC, and CELLULAR SALES OF KNOXVILLE, INC.,

      Defendants.

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion to compel arbitration (Dkt. #8) is GRANTED; and the complaint is dismissed without prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, filed the 29th day of March, 2013.

DATED: March 29, 2013

*[signature]*
Clerk of Court

_____
s/Susan Evans
Deputy Clerk

Entered on Docket:  3/29/13          se
                                Date          By