**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

JAN P. HOLICK, JR., *et al.*,

                       Plaintiffs,

        - v -

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

                       Defendants.

Civ. No. 1:12-CV-584
(NAM/DJS)

**APPEARANCES:**

GLEASON, DUNN LAW FIRM
*Attorneys for Plaintiffs*
40 Beaver Street
Albany, New York 12207

CHAMBERLAIN, HRDLICKA LAW FIRM
*Attorneys for Defendants*
1200 Smith Street, Suite 1400
Houston, Texas 77002

HINMAN, STRAUB LAW FIRM
*Attorneys for Defendants*
121 State Street
Albany, New York 12207

**OF COUNSEL:**

RONALD G. DUNN, ESQ.,
CHRISTOPHER M. SILVA, ESQ.,
DANIEL A. JACOBS, ESQ.,

CHARLES L. CARBO, III, ESQ.,
JULIE R. OFFERMAN, ESQ.,
RYAN O. CANTRELL, ESQ.,

JOSEPH M. DOUGHERTY, ESQ.,

**DANIEL J. STEWART
United States Magistrate Judge**

# ORDER

On July 21, 2017, certain tax information of the Plaintiff Jan Holick was provided to the Court for purposes of an *in camera* review. *See* Dkt. No. 231. That review has now been

completed and has disclosed certain limited information that may be relevant to the issues at hand. Accordingly, counsel for Plaintiffs is directed to make a copy of the following pages[1] of the reviewed documents to be provided to Defendants' counsel: pp. 1, 14-17; 26-29; 54-57; 65-68; 87-88.

The Court directs that the Plaintiff's Counsel immediately retrieve from the Court's courtroom deputy, Daniel Krug, the Marvin and Company tax documents, together with the paginated copy created by the Court, and to maintain both sets of documents pending the final resolution of the case.

**IT IS SO ORDERED**.

Date:   October 20, 2017.
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] The documents provided by Marvin and Company totaled 92 pages, inclusive of the cover page. The Court has created a paginated copy of the documents, and reference is made to that pagination which appears on the bottom center of each page.