**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

JAN P. HOLICK, JR., *et al.*,

                      Plaintiffs,

        - v -                                  Civ. No. 1:12-CV-584
                                                  (NAM/DJS)

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

                      Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| GLEASON, DUNN LAW FIRM<br>*Attorneys for Plaintiffs*<br>40 Beaver Street<br>Albany, New York 12207 | RONALD G. DUNN, ESQ.,<br>CHRISTOPHER M. SILVA, ESQ.,<br>DANIEL A. JACOBS, ESQ., |
| CHAMBERLAIN, HRDLICKA LAW FIRM<br>*Attorneys for Defendants*<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002 | CHARLES L. CARBO, III, ESQ.,<br>JULIE R. OFFERMAN, ESQ.,<br>RYAN O. CANTRELL, ESQ., |
| HINMAN, STRAUB LAW FIRM<br>*Attorneys for Defendants*<br>121 State Street<br>Albany, New York 12207 | JOSEPH M. DOUGHERTY, ESQ., |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

     On November 14, 2017, certain tax information of the Plaintiff William Burrell was

provided to the Court for purposes of an *in camera* review pursuant to the Court's directive.

*See* Dkt. No. 253.  That review has now been completed and has disclosed certain limited information that may be relevant to the issues at hand. Accordingly, counsel for Plaintiffs is directed to make a copy of the following pages[1] of the reviewed documents to be provided to Defendants' counsel:  pp. 9-30.

The Court directs that the Plaintiff's Counsel immediately retrieve from the Court's courtroom deputy, Daniel Krug, the Gore & Laney tax documents, together with the paginated copy created by the Court, and to maintain both sets of documents pending the final resolution of the case.

**IT IS SO ORDERED**.

Date:   December 2, 2017.
        Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] The documents provided by Gore & Laney, CPA's LLC, totaled 30 pages.  The Court has created a paginated copy of the documents, and reference is made to that pagination which appears on the bottom center of each page.