**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAN P. HOLICK, JR., *et al.*,

                Plaintiffs,

                        Civ. No. 1:12-CV-584
   - v -                         (NAM/DJS)

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

                Defendants.

**APPEARANCES:**                    **OF COUNSEL:**

GLEASON, DUNN LAW FIRM         RONALD G. DUNN, ESQ.,
*Attorneys for Plaintiffs*           CHRISTOPHER M. SILVA, ESQ.,
40 Beaver Street                DANIEL A. JACOBS, ESQ.,
Albany, New York 12207

CHAMBERLAIN, HRDLICKA LAW FIRM   CHARLES L. CARBO, III, ESQ.,
*Attorneys for Defendants*          JULIE R. OFFERMAN, ESQ.,
1200 Smith Street, Suite 1400       RYAN O. CANTRELL, ESQ.
Houston, Texas 77002

HINMAN, STRAUB LAW FIRM        JOSEPH M. DOUGHERTY, ESQ.
*Attorneys for Defendants*
121 State Street
Albany, New York 12207

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

On December 21, 2017, certain tax information of the Plaintiff Kyle F. Degon was

provided to the Court for purposes of an *in camera* review pursuant to the Court's directive.

*See* Dkt. No. 253.  That review has now been completed and has disclosed certain limited

information that may be relevant to the issues at hand. Accordingly, counsel for Plaintiffs is directed to make a copy of the following pages[1] of the reviewed documents to be provided to Defendants' counsel:  pp. 1-47.

The Court directs that the Plaintiffs' Counsel immediately retrieve from the Court's courtroom deputy, Daniel Krug, the Douglas S. Wood CPA, PC tax documents, together with the paginated copy created by the Court, and to maintain both sets of documents pending the final resolution of the case.

**IT IS SO ORDERED**.

Date:   January 10, 2018.
        Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] The documents provided by Douglas S. Wood CPA, PC, totaled 30 pages.  The Court has created a paginated copy of the documents, and reference is made to that pagination which appears on the bottom center of each page.