**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

JAN P. HOLICK, JR., *et al.*,

                     Plaintiffs,

           - v -

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

                     Defendants.

Civ. No. 1:12-CV-584
(NAM/DJS)

| APPEARANCES: | OF COUNSEL: |
|---|---|
| GLEASON, DUNN LAW FIRM<br>*Attorneys for Plaintiffs*<br>40 Beaver Street<br>Albany, New York 12207 | RONALD G. DUNN, ESQ.,<br>CHRISTOPHER M. SILVA, ESQ.,<br>DANIEL A. JACOBS, ESQ. |
| CHAMBERLAIN, HRDLICKA LAW FIRM<br>*Attorneys for Defendants*<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002 | CHARLES L. CARBO, III, ESQ.,<br>JULIE R. OFFERMAN, ESQ.,<br>RYAN O. CANTRELL, ESQ. |
| HINMAN, STRAUB LAW FIRM<br>*Attorneys for Defendants*<br>121 State Street<br>Albany, New York 12207 | JOSEPH M. DOUGHERTY, ESQ. |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

    On December 5, 2017, certain additional tax information of the Plaintiff Andrew

Bittel was provided to the Court for purposes of an *in camera* review pursuant to the Court's

directive. *See* Dkt. No. 253. The documents were provided in an electronic form that was initially inaccessible, but were then resubmitted on December 21, 2017, in a Google document form that was capable of review. That review has now been completed and has disclosed certain limited information that may be relevant to the issues at hand. Accordingly, counsel for Plaintiffs is directed to make a copy of the following pages[1] of the reviewed documents to be provided to Defendants' counsel: pp. 1-5, 13-79, 83, 86, 88-90.

The Court directs that the Plaintiffs' Counsel immediately retrieve from the Court's courtroom deputy, Daniel Krug, the LLJ Accounting, LLC tax documents, together with the paginated copy created by the Court, and maintain both sets of documents pending the final resolution of the case.

**IT IS SO ORDERED**.

Date:   January 10, 2018.
        Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] The documents provided by LLJ Accounting, LLC, totaled 90 pages. The Court has created a paginated copy of the documents, and reference is made to that pagination which appears on the bottom center of each page.