IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAN P. HOLICK, JR., STEVEN MOFFITT,
JUSTIN MOFFITT, GURWINDER SINGH,
JASON MACK, WILLIAM BURRELL, and
TIMOTHY M. PRATT,

                Plaintiffs on behalf
                of themselves and
                all others similarly     Case No. 1:12-CV-584 (NAM/DJS)
                situated,                       (Lead Case)

    -against-

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

                Defendants.
_____

### NOTICE OF DEFENDANTS' MOTION TO DECERTIFY
### COLLECTIVE ACTIONS PURSUANT TO 29 U.S.C. § 216(b)

PLEASE TAKE NOTICE that, upon the annexed Affidavit of C. Larry Carbo, III, together with supporting exhibits, the Declaration of Timothy Blackburn, the Declaration of John Harris, and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings herein, Defendants Cellular Sales of Knoxville, Inc. and Cellular Sales of New York, LLC will move this Court before the Honorable Judge Norman A. Mordue in the United States District Court, Northern District of New York, James M. Hanley Federal Building, 100 S. Clinton Street, Syracuse, New York 13261, on the 7th day of November 2018, at 10:00 a.m. or as soon thereafter as counsel may be heard, for an Order granting Defendants' Motion to Decertify Collective Actions pursuant to 29 U.S.C. § 216(b) and dismissing the claims of the opt-in plaintiffs in this case without prejudice.

Dated: October 1, 2018 Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

By: *C. Larry Carbo, III*
C. Larry Carbo, III
State Bar No. 24031916
larry.carbo@chamberlainlaw.com
Julie R. Offerman
State Bar No. 24070360
julie.offerman@chamberlainlaw.com
1200 Smith, Suite 1400
Houston, Texas  77002
Phone: (713) 356-1712
Fax: (713) 658-2553
***(Pro Hac Vice)***

-   AND   -

David T. Luntz
Bar Roll No. 301947
HINMAN STRAUB, P.C.
121 State Street
Albany, NY 12207
Phone: (518) 436-0751
Fax: (518) 436-4751
E-mail: dluntz@hinmanstraub.com

**ATTORNEYS FOR DEFENDANTS**