UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAN P. HOLICK, JR., STEVEN MOFFITT,
JUSTIN MOFFITT, GURWINDER SINGH,　　　　　　　　　**NOTICE**
JASON MACK, WILLIAM BURRELL and　　　　　　　　　**OF APPEAL**
TIMOTHY M. PRATT,　　　　　　　　　　　　　　　　1:12-CV-584
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(DJS)
　　　　　　　　　Plaintiffs, on behalf of themselves
　　　　　　　　　and all others similarly situated,

　　-against-


CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

　　　　　　　　　Defendants.

---

**PLEASE TAKE NOTICE** that Plaintiffs, Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt, Gurwinder Singh, Jason Mack, William Burrell, and Timothy M. Pratt, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order of the United State District Court for the North District of New York entered in this action on the 26th day of April, 2019, which granted Defendant's Motion to Decertify Plaintiffs' Conditionally Certified FLSA Collective Action, denied Plaintiffs' Motion for Class Certification pursuant to Rule 23 of the Federal Rules of Civil Procedure and dismissed without prejudice the Opt-In Plaintiffs from the action.

**PLEASE TAKE FURTHER NOTICE** that Named Plaintiffs ("Plaintiffs") Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt, Gurwinder Singh, Jason Mack, William Burrell, and Timothy M. Pratt, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order of the United

States District Court for the Northern District of New York entered in this action on the 19th day of July, 2019, which denied Plaintiffs' Motion for Partial Summary Judgment, granted Defendants' Motion for Summary Judgment in part, and dismissed with prejudice Plaintiffs Fifth, Sixth and Seventh Causes of Action.

**PLEASE TAKE FURTHER NOTICE**, that final judgement in this matter was entered by the United States District Court for the Northern District of New York on the 29th day of May, 2020.

Dated:  June 26, 2020
       Albany, New York

Yours, etc.

**GLEASON DUNN WALSH & O'SHEA**

_____
Ronald G. Dunn, Esq.
Christopher M. Silva, Esq.
Attorneys for Plaintiffs-Appellants
40 Beaver Street
Albany, New York 12207
(518) 432-7511

TO:  **VIA ECF**
     C. Larry Carbo III, Esq.
     Julie R. Offerman, Esq.
     Attorneys for Defendants-Appellees
     Chamberlain, Hrdlicka, White, Williams & Aughtry
     1200 Smith Street, Suite 1400
     Houston, Texas 77002-4496