# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

Please take notice that on July 10, 2020 the court received a notice of cross appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Utica Clerk's Office if you need any of the following documents:

Docket No.(s):
Sealed document nos. 232, 234-3, 236-6, 236-13 to 236-21, 236-23, 301-2 to 301-4, 323-1, 327-1 and 327-2, 377-32, 388-29, 409, and 410.

        IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 10th day of July, 2020.

        John M. Domurad, Clerk
        U.S. District Court

        By:    s/Susan Evans
                  Deputy Clerk

### **Case Information**

| | |
|---|---|
| Case Name & Case No. | Jan P. Holick, Jr., et al. v. Cellular Sales of New York, LLC, et al. 1:12-CV-0584 |
| Docket No. of Appeal: | 488 |
| Document Appealed: | 483-484, 431, 340, 277, and 241 |

Fee Status:   Paid **X**      Due ___      Waived (IFP/CJA) ___
           IFP revoked ___   Application Attached ___   IFP pending before USDJ ___

Counsel:        Retained **X**   Pro Se ___

Certificate of Appealability:   Granted ___   Denied ___   N/A **X**