UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAN P. HOLICK, JR., STEVEN MOFFITT, JUSTIN MOFFITT, GURWINDER SINGH, JASON MACK, WILLIAM BURRELL, and TIMOTHY M. PRATT, | **NOTICE OF MOTION FOR ATTORNEYS' FEES UNDER FEDERAL RULES OF CIVIL PROCEDURE 54** |
| Plaintiffs, on behalf of themselves and all other similarly situated, | Case No. 1:12-CV-584 (DJS) |
| -against- | |
| CELLULAR SALES OF NEW YORK, LLC, and CELLULAR SALES OF KNOXVILLE, INC., | |
| Defendants. | |

---

| | |
|---|---|
| **MOTION BY:** | Named Plaintiffs ("Plaintiffs") Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt, Gurwinder Singh, Jason Mack, William Burrell, and Timothy M. Pratt, on behalf of themselves and all others similarly situated. |
| **DATE, TIME AND PLACE OF HEARING:** | August 13, 2020 at 10:00 a.m. at the United States Courthouse, Syracuse, New York, or as soon thereafter counsel may be heard. |
| **PAPERS RELIED ON:** | Memorandum of Law in Support of Motion for Attorneys' Fees dated July 13, 2020; Affidavit of Ronald G. Dunn, Esq. dated July 13, 2020; Affidavit of James P. Hacker, Esq. dated July 1, 2020; Affidavit of Beth A. Bourassa, Esq. dated June 30, 2020; contemporaneous time records and all the prior pleadings, papers, and proceedings. |
| **RELIEF REQUESTED:** | An Order and judgment pursuant to the May 29, 2020 Decision and Order of this Court, Sections 198 & 663 (1) of the NYLL, 29 U.S.C.§ 216(b), Sections 5001 through 5004 of NY Civil Practice |

Law and Rules awarding Plaintiffs (1) reasonable attorneys' fees, costs, expenses, and disbursements incurred by Plaintiffs in this action; (2) post-judgment interest in connection with the proceedings in the within matter; and (3) Such other and further relief as this Court deems just and appropriate.

**ANSWERING PAPERS:** In accordance with the May 29, 2020 Decision and Order of this Court, Defendants must file their opposition papers with the Court and serve them on the Plaintiffs by August 3, 2020, twenty-one (21) days from the date of this motion.

Dated: July 13, 2020
      Albany, New York

**GLEASON, DUNN, WALSH & O'SHEA**

By:    s/RONALD G. DUNN
      Ronald G. Dunn, Esq.
      (Bar Roll No. 101553)
      *Attorneys for Plaintiffs*
      40 Beaver Street
      Albany, New York 12207
      Telephone: (518) 432-7511
      Fax: (518) 432-5221
      rdunn@gdwo.net

TO:   C. Larry Carbo, III, Esq.
      Chamberlain, Hrdlicka, White, Williams & Aughtry
      *Attorneys for Defendants*
      1200 Smith Street, Suite 1400
      Houston, Texas 77002