UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAN P. HOLICK, JR., STEVEN MOFFITT,
JUSTIN MOFFITT, GURWINDER SINGH,
JASON MACK, WILLIAM BURRELL,
and TIMOTHY M. PRATT,

      Plaintiffs, on behalf of themselves and
           all other similarly situated,

      -against-

CELLULAR SALES OF NEW YORK, LLC, and
CELLULAR SALES OF KNOXVILLE, INC.,

           Defendants.

**UNOPPOSED NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Case No. 1:12-CV-584
(NAM/DJS)

---

| | |
|---|---|
| **MOTION BY:** | Named Plaintiffs ("Plaintiffs") Jan P. Holick, Jr., Steven Moffitt, Justin Moffitt, Gurwinder Singh, Jason Mack, William Burrell, and Timothy M. Pratt, on behalf of themselves and all others similarly situated. |
| **DATE, TIME AND PLACE OF HEARING:** | April 4, 2022 at 10:00 a.m. at the United States Courthouse, Albany, New York, or as soon thereafter counsel may be heard. |
| **PAPERS RELIED ON:** | Affirmation of Ronald G. Dunn, Esq. dated March 22, 2022 with exhibits, all prior pleadings, papers and proceedings. |
| **RELIEF REQUESTED:** | An Order of: (1) Preliminary judicial approval of the terms and conditions of the Parties Settlement Agreement including the allocation of the gross proceeds of the Settlement; (2) Preliminary judicial approval of the Notice of Proposed Settlement; (3) Judicial approval of the Notice of Final Settlement; (4) The scheduling of a fairness hearing to determine the final judicial approval of the Settlement |

1

Agreement; and (5) Such other and further relief as this Court deems just and appropriate.

**ANSWERING PAPERS:** Plaintiff's Motion for Approval of Settlement Agreement is unopposed, and Defendants have represented that they will not be filing any opposition.

Dated: March 22, 2022
      Albany, New York

GLEASON, DUNN, WALSH & O'SHEA

By: _____
Ronald G. Dunn, Esq.
(Bar Roll No. 101553)
Christopher M. Silva, Esq.
(Bar Roll No. 520096)
*Attorneys for Plaintiffs*

40 Beaver Street
Albany, New York 12207
Telephone: (518) 432-7511
Fax: (518) 432-5221
rdunn@gdwo.net
csilva@gdwo.net

TO: C. Larry Carbo, III, Esq.
     Julie R. Offerman, Esq.
     Ryan O. Cantrell, Esq.
     Chamberlain, Hrdlicka, White, Williams & Aughtry
     1200 Smith Street, Suite 1400
     Houston, Texas 77002